ELEANOR S. AOYAGI, A MINOR BY ROBERT H. AOYAGI, HER NEXT FRIEND, ROBERT H. AOYAGI AND DORA H. AOYAGI *v.* RAYMOND Y. FUJIWARA, ET AL.

No. 4751.

July 18, 1969.

RICHARDSON, C.J., MARUMOTO, ABE, LEVINSON, JJ., AND CIRCUIT JUDGE WONG ASSIGNED BY REASON OF VACANCY.

*Per Curiam.* The petition for rehearing is denied without argument.

*Joseph A. Ryan* (*Ryan & Ryan* of counsel) for the petition.